IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| JOANNE COOK | § | |
| vs. | § | CIVIL. ACTION NO. 9:09-CV-0053 |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |

<u>ORDER ADOPTING REPORT AND
RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE</u>

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that the action should be reversed and remanded with instructions for further consideration consistent with the Report and Recommendation. No written objections have been filed. The findings and conclusions of the Magistrate Judge are therefore adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that the above-entitled action is **REVERSED AND REMANDED** pursuant to the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner for further consideration consistent with the Report and Recommendation of the Magistrate Judge, as adopted herein. Any motion not previously ruled on is **DENIED**.

So **ORDERED** and **SIGNED** this **27** day of **July, 2010.**

_____
Ron Clark, United States District Judge

1